2011 NOV -2 AM 11: 23

DISTRICT OF UTAH

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

* * * * * * * *

| | |
|---|---|
| IN RE | ) |
| | ) Case No. 10-28235 WTT |
| KENNETH L SHAW | ) Chapter 7 |
| JENNIE SHAW | ) |
| | ) NOTICE OF PAYMENT OF |
| Debtor (s) | ) FUNDS INTO THE REGISTRY |

* * * * * * * *

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On October 27, 2011, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained two (2) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4438220953.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

    Claim No.:    7
    Claimant:    GE Money Bank
                    c/o Recovery Management Systems Corp.
                    25 SE 2nd Ave., Suite 1120
                    Miami, FL 33131-1605
    Claim Amount:    $346.74
    Distribution:    $4.93

    Claim No.:    8
    Claimant:    GE Money Bank
                    c/o Recovery Management Systems Corp.
                    25 SE 2nd Ave., Suite 1120
                    Miami, FL 33131-1605
    Claim Amount:    $284.21
    Distribution:    $4.04

5. A check in the amount of $8.97 representing the foregoing claims has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 10-28-2011

J. Kevin Bird, Trustee